FILED

MAR 2 5 2019

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EDDIE R. BATES, SR.,<br><br>Plaintiff,<br><br>vs.<br><br>YELLOWSTONE COUNTY<br>DETENTION CENTER, et al,<br><br>Defendants. | CV 17-113-BLG-SPW<br><br>ORDER ADOPTING<br>FINDINGS AND<br>RECOMMENDATIONS |

Before the Court are Magistrate Judge Timothy Cavan's Findings and

Recommendations filed on March 5, 2019. (Doc. 9). Judge Cavan recommends

that this Court dismiss Bates' action for failure to state a federal claim. (*Id.* at 1).

Pursuant to 28 U.S.C. § 636(b)(1), the parties were required to file written

objections within 14 days of the filing of Judge Cavan's Findings and

Recommendations. No objections were filed. When neither party objects, this

Court reviews Judge Cavan's Findings and Recommendations for clear error.

*McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313

(9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm

conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendations, this

Court does not find that Judge Cavan committed clear error. Therefore,

IT IS ORDERED the proposed findings and recommendations entered by United States Magistrate Judge Cavan (Doc. 9) are ADOPTED IN FULL.

IT IS FURTHER ORDERED that this matter is DISMISSED for failure to state a claim.

IT IS ALSO ORDERED THAT the Clerk of Court is directed to close this matter and enter judgment in favor of Defendants pursuant to Rule 58 of the Federal Rules of Civil Procedure. The Clerk of Court is also directed to have the docket reflect that the Court certifies that pursuant to Rule 24(a)(3)(A) of the Federal Rules of Appellate Procedure any appeal of this decision would not be taken in good faith. The record makes plain that the Complaint lacks arguable substance in law or fact.

DATED this 25th day of March 2019.

SUSAN P. WATTERS
United States District Judge